E-FILED 4/28/14

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORWOOD PRICE,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL PEERSON, JOHN DOES 1-10, AKAL SECURITY INC., UNITED STATES OF AMERICA,<br><br>  Defendants. | Case No. CV 13-3390 PSG (JEMx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT MICHAEL PEERSON** |

On March 10, 2014, defendant Michael Peerson ("Defendant"), sued solely in his individual capacity, brought a motion for summary judgment against plaintiff Norwood Price ("Plaintiff") on Plaintiff's remaining claims against him under the First Amendment, Fourth Amendment, and for supervisory liability.

The evidence and arguments in support and against the motion has been fully considered by this Court, and a decision having been duly rendered,

The Court rules that Defendant is entitled to judgment on the grounds of qualified immunity:

1. Plaintiff has failed to establish a constitutional violation under the First Amendment, Fourth Amendment, or for supervisory liability.

1    ~~2.     Plaintiff has also failed to prove that any of his constitutional claims~~
2    ~~against Defendant were "clearly established" at the time of the alleged violation.~~
3    Judgment is entered in favor of Defendant and against Plaintiff.
4    IT IS SO ORDERED.

7    Dated: 4/25/14

                                          **PHILIP S. GUTIERREZ**
                                          _____
                                          THE HON. PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE

12   Submitted by:

13   ANDRÉ BIROTTE JR.
     United States Attorney
14   LEON W. WEIDMAN
     Assistant United States Attorney
15   Chief, Civil Division

17       */s/ Chung H. Han*
     CHUNG H. HAN
18   Assistant United States Attorney
     Attorneys for Defendant
19   MICHAEL PEERSON