E-FILED 6/9/14

CLOSED

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORWOOD PRICE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL PEERSON, AKAL SECURITY, INC., WILLIAM WALLACE, POTE PIGULSAWAS, STEVEN MCGRATH UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. CV-13-3390 PSG (EMX)<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT AKAL SECURITY INC., WILLIAM WALLACE, POTE PIGULSAWAS, AND STEVEN MCGRATH |

On April 1, 2014, Defendants Akal Security, Inc. ("Akal"), William Wallace, Pote Pigulsawas, and Steven McGrath (the "Defendant CSOs") (and collectively referred to herein, "Defendants") brought a motion for summary judgment, or in the alternative for summary adjudication against Plaintiff Norwood Price ("Plaintiff") on Plaintiff's claims for First and Fourth Amendment violations under <u>Bivens v. Six Unknown Agents</u>, 403 U.S. 388, 91 S. Ct. 1999 (1971), and the Bane Act, and for respondeat superior liability.

The evidence and arguments in support and against the motion has been fully considered by this Court, and a decision having been duly rendered,

The Court rules that Defendants are entitled to judgment on the grounds that:

1. Plaintiff's Fourth Amendment *Bivens* claims fail. Plaintiff has failed to establish he was "seized" within the meaning of the Fourth Amendment. Moreover, Defendants established that there was reasonable suspicion to conduct a *Terry* stop of Plaintiff.

2. Plaintiff's First Amendment *Bivens* claims fail. Plaintiff has failed to establish that Defendants acted with the impermissible motive of curbing protected speech or that that Defendants were motivated by retaliatory intent to silence Plaintiff.

3. Plaintiff's claims under the Bane Act, Cal. Civ. Code § 52.1, and for respondeat superior liability also fail. Plaintiff has failed to establish a constitutional violation under the First Amendment and Fourth Amendment, or for respondeat superior liability.

Judgment is entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

Dated: 6/9/14

**PHILIP S. GUTIERREZ**
THE HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Submitted by:

FRANKEL GOLDWARE FERBER LLP

s/Michelle R. Ferber
Michelle R. Ferber
Attorneys for Defendants
AKAL SECURITY, INC., WILLIAM WALLACE, POTE PIGULSAWAS, and STEVEN MCGRATH